IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL A. NEWALL | : | CIVIL ACTION |
| vs. | : | |
| UNUM LIFE INSURANCE COMPANY, | : | |
| LONG TERM DISABILITY INCOME PLAN FOR MORAVIAN COLLEGE, | : | |
| MORAVIAN COLLEGE | : | |
| | : | NO. 02-3599 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, December 19, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

    Michael E. Kunz
    Clerk of Court

    By:_____
    ADRIENNE MANN
    Deputy Clerk
    Phone:267-299-7075

Date: September 6, 2002

Copies:    Patricia Feldman, Secretary to Judge Kauffman
              Docket Clerk - Case File

    Counsel:    Jeffrey Delott, Esq.
                      E. Thomas Henefer, Esq.

ARB2.FRM